**FILED**

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA 20-0190

| | |
|---|---|
| STATE OF MONTANA,<br><br>  Plaintiff and Appellee,<br><br>  v.<br><br>CHERYL HREN and<br>JEFFRY NELSON,<br><br>  Defendants and Appellants. | **ORDER GRANTING MOTION<br>FOR EXTENSION** |

Pursuant to authority granted under Mont.R.App.P. 26(1), the Appellants are given an extension of time until December 15, 2020, to prepare, file, and serve the Appellants' opening brief.

IT IS HEREBY ORDERED AND THIS DOES ORDER:

That Appellee shall have an additional fifteen (15) days from November 30, 2020, in which to file the Opening Brief in the above-captioned matter.

DATED this _____ day of November, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 1 2020